**No. 69784.**—Frank P. Dow Co., Inc. *v.* United States, protest 63/612 (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of spindles and parts thereof, dedicated to use on twister and spinning frames employing the "Cotton System," similar in all material respects to those the subject of *Atkinson, Haserick & Co., Inc.* v. *United States* (52 Cust. Ct. 215, C.D. 2463), the claim of the plaintiff was sustained.